# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GP LTD.,<br><br>              Plaintiff,<br><br>v.<br><br>WILLIS ELECTRIC CO., LTD.,<br><br>              Defendant. | Civil Action File<br>No: 1:09-cv-3378-TCB |

## DECLARATION OF JEFFREY C. MORGAN

I, Jeffrey C. Morgan, Esq., pursuant to 28 U.S.C. § 1746, declare under the pains and penalties of perjury as follows:

1.

I am over the age of eighteen (18), have personal knowledge of the facts stated herein and am competent to be a witness. I give this declaration on behalf of Plaintiff GP Ltd. ("GP") pursuant to the Court's Order entered on March 31, 2011 [D.I. 32], and for use in this action generally.

2.

I am a partner at the law firm Troutman Sanders LLP, Bank of America Plaza, 600 Peachtree Street, N.E., Suite 5200, Atlanta, Georgia 30308-2216, and I am the lead lawyer representing GP in this case.

3.

I was admitted to the Massachusetts Bar in 1996 and practiced law at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, first as an associate and later as a partner. I was admitted to the Georgia Bar in 2003 and currently practice law as a partner of the law firm of Troutman Sanders LLP. During the time I have practiced law, I have worked both as the lead attorney and as a litigation team member with other partners and associates in litigating numerous patent and other intellectual property cases.

4.

I am the attorney who has been primarily responsible for supervising and directing the prosecution of this lawsuit on GP's behalf and the coordination of work performed by our firm in relation to the lawsuit.

5.

This litigation involves patent infringement related to a patent owned by GP, which Defendant Willis Electric Co., Ltd. ("Willis") infringed through Willis's manufacture, use, offer for sale, sale and importation of at least three infringing Christmas light string systems into the United States. Troutman Sanders LLP performed numerous tasks necessary to reasonably and adequately prepare and pursue GP's Motion for Contempt filed on December 10, 2010 [D.I. 13] (the "Motion"). These tasks included, but were not limited to: (1) investigating and confirming Willis's contempt; (2) researching, drafting and filing the Motion and supporting brief, declarations and exhibits; (3) communicating with Willis's counsel and drafting various consent motions related to Willis's response to GP's Motion [*e.g.*, D.I.s 14, 16]; (4) communicating with Willis's counsel, drafting and filing various consent motions related to GP's reply [*e.g.*, D.I.s 19, 21]; (5) researching, drafting and filing GP's reply and related declarations and exhibits [D.I. 23]; (6) communicating with Willis's counsel and drafting various motions and responses related to Willis's motions to seal supplemental declaration and to file sur-reply [*e.g.*, D.I.s 25, 29]; and (9) performing various other tasks necessary to prosecute GP's Motion. Litigating these issues demanded significant legal work on the part of the attorneys and staff of Troutman Sanders LLP. Copies of relevant

Troutman Sanders LLP's invoices in this matter, which contain itemized descriptions of the work performed by each Troutman Sanders LLP timekeeper in this case, are attached hereto as Exhibit 1.

6.

Through April 18, 2011, the total attorneys' fees reasonably and necessarily incurred by and billed by Troutman Sanders LLP to GP in connection with GP's Motion is $79,033.00. As of the same date, the total costs reasonably and necessarily incurred by and billed by Troutman Sanders LLP to GP in connection with GP's Motion is $2,205.53.[1]  GP is not seeking to recover any attorneys' fees or costs for services performed in connection with GP's Cross-Motion to Strike the Supplemental Declaration of Emily Chen [D.I. 25], which was denied by the Court.[2]

---

[1] The costs reflected in Exhibit 1 and sought by GP do not include administrative or overhead costs (*e.g.*, copying charges), but rather only include costs incurred by GP specifically related to this matter (*e.g.*, mileage and charges from third parties for computer research).

[2] GP similarly is not seeking to recover any attorneys' fees or costs related to those entries in the invoices attached as Exhibit 1which have been redacted as attorney-client privileged communications or as protected by the work product doctrine.

7.

The Troutman Sanders LLP invoices attached as Exhibit 1 hereto include only hours that in my judgment were reasonably and necessarily incurred in connection with GP's Motion. The invoices also provide the hourly rates billed per timekeeper during the course of this litigation. For comparison purposes, my current standard hourly rate in 2011 is $525 per hour; Vincent Bushnell's current standard hourly rate in 2011 is $445 per hour.

8.

Troutman Sanders LLP's hourly billing rates for the time period applicable to this litigation are competitive with the standard hourly rates charged by other similarly-sized law firms in Atlanta, Georgia, during that period for comparable types of litigation.

9.

In managing this litigation, I used associates and staff to do work when appropriate.

- 6 –

I declare under the penalty of perjury that the foregoing is true and correct, this 18th day of April, 2011.

                                             _____
                                             JEFFREY C. MORGAN

Submitted this 18th day of April, 2011.

                                  TROUTMAN SANDERS LLP

                                  /s/ *Jeffrey C. Morgan*
                                  Jeffrey C. Morgan
                                  Georgia Bar No: 522667
                                  Vincent Bushnell
                                  Georgia Bar No. 098999
                                  Bank of America Plaza, Suite 5200
                                  600 Peachtree Street, N.E.
                                  Atlanta, Georgia 30308
                                  Tel. (404) 885-3000
                                  Fax. (404) 885-3900
                                  Email:
                                  jeffrey.morgan@troutmansanders.com
                                  vincent.bushnell@troutmansanders.com

                                  ATTORNEYS FOR PLAINTIFF
                                  GP LTD.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GP LTD.,<br><br>           Plaintiff,<br><br>v.<br><br>WILLIS ELECTRIC CO., LTD.,<br><br>           Defendant. | Civil Action File<br>No: 1:09-cv-3378-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that, on April 18, 2011, I caused the above document to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to at least the following attorneys of record:

William Y. Klett, III
Nexsen Pruet, LLC
P.O. Drawer 2426
Suite 700
1230 Main Street
Columbia, SC 29202

Charley Floyd Brown
Ballard Spahr LLP
Suite 1000
999 Peachtree Street
Atlanta, GA 30309

/s/ *Jeffrey C. Morgan*
Jeffrey C. Morgan
Georgia Bar No. 522667

- 1 -