# EXHIBIT 1

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| GP LTD. | Invoice Date | 12/07/10 |
| Attn: Mr. Lewis Cheng | Submitted by | R A Schneider |
| 8/F, Enterprise Square 3 | Direct Dial | 404-885-2773 |
| 39 Wang Chiu Road | Invoice No. | 1320970 |
| Kowloon Bay | File No. | 037481.000024 |
| HONG KONG | | |

**RE:** Patent Infringement Suit Against Willis Electric Co. For Alleged Infringement of USPN 7,581,870 - Light String System

| | |
|---|---|
| Fees for Professional Services Rendered Through 11/30/10 | $10,375.00 |
| Costs and Expenses Through 11/30/10 | $529.67 |
| **Total Amount of This Invoice** | **$10,904.67** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 12/07/10
Invoice Number 1320970
File No. 037481.000024
Page 2

GP LTD.

Patent Infringement Suit Against Willis Electric Co. For Alleged Infringement of USPN 7,581,870 - Light String System

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 11/18/10 | JCM | E-mails from and e-mails to Eric Steinmeyer regarding potentially new infringing Willis product sold in potential violation of the permanent injunction | 0.3 | 142.50 |
| 11/19/10 | VB | Analysis of motion for contempt strategy | 1.0 | 365.00 |
| 11/19/10 | PAB | Brief discussion with J. Morgan regarding the purchase of two Christmas trees; review of Sears website and follow up telephone calls regarding trees; trip to Sears at Northlake Mall to purchase trees; follow up discussion with J. Morgan regarding purchase and draft memorandum to file regarding chain of custody | 3.1 | 620.00 |
| | | REDACTED | | |
| 11/19/10 | RAM | Examined lights on three trees that potentially infringe client's patent, specifically looking into the shunting mechanism for each tree. Reviewed UL website and Intertek website to determine manufacturer of trees. Reported same to Jeff Morgan (Troutman). | 2.5 | 862.50 |
| 11/19/10 | JCM | E-mails from and e-mails to Eric Steinmeyer regarding Willis' possible violation of permanent injunction; conferences with Robert Madayag and Priscilla Butler regarding same | 1.5 | 712.50 |
| 11/22/10 | VB | Analysis of contempt sanctions | 0.3 | 109.50 |
| 11/22/10 | PAB | Brief discussion with J. Morgan regarding chain of custody memorandum; update memorandum | 0.3 | 60.00 |
| 11/22/10 | RAM | Determine the manufacturer of the potentially infringing Christmas trees. Research UL listings and Intertek codes. | 1.6 | 552.00 |
| 11/22/10 | JCM | E-mails from and e-mails to Eric Steinmeyer regarding evidence of Willis violation of permanent injunction order and strategy for next steps; conference with Vince Bushnell regarding same, including motion for contempt; review memorandum for Priscilla Butler regarding purchase of infringing trees at Sears | 1.5 | 712.50 |
| 11/23/10 | PAB | Discussion with J. Morgan regarding Christmas tree to be purchased from K-Mart; trip to K-Mart; purchase of tree and delivery of same to Troutman Sanders; brief discussion with J. Morgan regarding purchase and draft chain of custody memorandum | 2.8 | 560.00 |
| 11/23/10 | JCM | Draft infringement notice letter to Sears | 0.8 | 380.00 |
| 11/24/10 | VB | Research regarding contempt standard | 1.2 | 438.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 12/07/10
Invoice Number 1320970
File No. 037481.000024
Page 3

GP LTD.

Patent Infringement Suit Against Willis Electric Co. For Alleged Infringement of USPN 7,581,870 - Light String System

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 11/29/10 | RAM | Deconstruct lighting assemblies from the three trees having potentially infringing bypass mechanisms. Take photographs and construct claim charts for the lighting assembly for each tree. | 6.9 | 2,380.50 |
| 11/29/10 | RAS | Work with Jeff Morgan and Robert Madayag regarding new infringement issues | 2.6 | 1,300.00 |
| 11/30/10 | RAS | Review accused product and claim construction; discuss with Jeff Morgan and Robert Madayag | 2.2 | 1,100.00 |
| | | Totals | 29.0 | 10,375.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 11/30/10**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| V Bushnell | 2.5 | 365.00 | 912.50 |
| P A Butler | 6.6 | 200.00 | 1,320.00 |
| R A Madayag | 11.0 | 345.00 | 3,795.00 |
| J C Morgan | 4.1 | 475.00 | 1,947.50 |
| R A Schneider | 4.8 | 500.00 | 2,400.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 12/07/10
Invoice Number 1320970
File No. 037481.000024
Page 4

GP LTD.

Patent Infringement Suit Against Willis Electric Co. For Alleged Infringement of USPN 7,581,870 - Light String System

**FOR COSTS AND EXPENSES INCURRED THROUGH 11/30/10**

| Date | Description | Amount |
|---|---|---|
| 11/19/10 | Personal Car Mileage – VENDOR: Butler, Priscilla A.; INVOICE#: 111910BUTLER; DATE: 11/19/2010 - 11/19- Mileage | 12.00 |
| 11/23/10 | Personal Car Mileage – VENDOR: Butler, Priscilla A.; INVOICE#: 112310BUTLER; DATE: 11/23/2010 - travel to Kmart to purchase tree | 25.50 |
| 11/19/10 | Travel Expenses – VENDOR: Butler, Priscilla A.; INVOICE#: 111910BUTLER; DATE: 11/19/2010 - 11/19- Travel to Sears to purchase Sample Christmas Trees | 406.58 |
| 11/23/10 | Travel Expenses – VENDOR: Butler, Priscilla A.; INVOICE#: 112310BUTLER; DATE: 11/23/2010 - travel to Kmart to purchase tree | 85.59 |
| | Total: | 529.67 |

Total Fees & Costs: $10,904.67

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

GP LTD.
Attn: Mr. Lewis Cheng
8/F, Enterprise Square 3
39 Wang Chiu Road
Kowloon Bay
HONG KONG

| | |
|---|---|
| Invoice Date | 01/21/11 |
| Submitted by | R A Schneider |
| Direct Dial | 404-885-2773 |
| Invoice No. | 1329822 |
| File No. | 037481.000024 |

**RE:** Patent Infringement Suit Against Willis Electric Co. For Alleged Infringement of USPN 7,581,870 - Light String System

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/10 | $21,360.50 |
| Costs and Expenses Through 12/31/10 | $121.19 |
| **Total Amount of This Invoice** | **$21,481.69** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/21/11
Invoice Number 1329822
File No. 037481.000024
Page 2

GP LTD.

Patent Infringement Suit Against Willis Electric Co. For Alleged Infringement of USPN 7,581,870 - Light String System

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 12/01/10 | VB | Research regarding contempt standard in patent cases; preparation of motion for contempt | 3.5 | 1,277.50 |
| 12/01/10 | RAM | Continue drafting of claim charts for all three infringing light string systems; disassemble all three lamp assemblies and take pictures for use in claim charts | 3.4 | 1,173.00 |
| 12/02/10 | VB | Preparation of motion to compel | 3.5 | 1,277.50 |
| 12/03/10 | VB | Preparation of motion for contempt | 9.6 | 3,504.00 |
| 12/03/10 | RAM | Meeting with Vincent Bushnell to discuss contempt motion; draft portion of facts section dealing with internal structure of infringing light sets; finalize claim charts for all three infringing light string systems | 3.1 | 1,069.50 |
| 12/05/10 | VB | Preparation of motion for contempt | 2.4 | 876.00 |
| 12/06/10 | VB | Preparation of motion for contempt | 4.8 | 1,752.00 |
| 12/06/10 | JCM | Review of brief in support of motion for contempt | 1.0 | 475.00 |
| 12/07/10 | VB | Preparation of Butler and Madayag declarations; preparation of contempt motion | 2.7 | 985.50 |
| 12/08/10 | VB | Preparation of contempt motion | 3.8 | 1,387.00 |
| 12/09/10 | VB | Preparation of contempt motion | 0.2 | 73.00 |
| 12/10/10 | VB | Preparation of Motion for Contempt | 7.1 | 2,591.50 |
| 12/10/10 | PAB | Review of revised Declaration and preparation of same for filing | 0.3 | 60.00 |
| 12/10/10 | RAM | Modify declaration of Mr. Madayag; retake pictures in support of declaration; discuss same with Mr. Bushnell | 1.1 | 379.50 |
| 12/10/10 | JCM | Revise, file and serve motion for contempt and related papers; telephone call to opposing counsel regarding same | 4.0 | 1,900.00 |
| 12/14/10 | VB | Analysis of contempt filings regarding settlement and copies for Court | 0.7 | 255.50 |
| 12/14/10 | JCM | Voicemail from and telephone call to Corky Klett (Willis counsel) regarding Willis' violation of permanent injunction order and Willis' request for compromise | 0.5 | 237.50 |
| 12/15/10 | JCM | E-mails from and e-mail to client regarding possible compromise for Willis' violation of permanent injunction order; e-mail to Corky Klett (Willis counsel) requesting sales data of infringing products | 0.6 | 285.00 |
| 12/20/10 | JCM | E-mail from and e-mail to Corky Klett regarding Willis's chart showing sales of infringing trees in violation of | 1.2 | 570.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/21/11
Invoice Number 1329822
File No. 037481.000024
Page 3

GP LTD.

Patent Infringement Suit Against Willis Electric Co. For Alleged Infringement of USPN 7,581,870 - Light String System

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| | | permanent injunction; telephone call from Corky Klett regarding same; e-mail to client regarding same and Willis' request for extension of time | | |
| 12/21/10 | JCM | E-mails from and e-mails to client and opposing counsel regarding extent of Willis' infringement and extension of time to respond to motion | 0.4 | 190.00 |
| 12/22/10 | RAM | REDACTED | | |
| 12/22/10 | JCM | Review and revise draft stipulation for extension of time | 0.5 | 237.50 |
| 12/23/10 | VB | Preparation of motion to extend time to respond to contempt motion | 0.5 | 182.50 |
| 12/23/10 | JCM | Conferences with Vince Bushnell; review and file stipulation for extension of time | 0.8 | 380.00 |
| | | Totals | 56.4 | 21,360.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/10**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| V Bushnell | 38.8 | 365.00 | 14,162.00 |
| P A Butler | 0.3 | 200.00 | 60.00 |
| R A Madayag | 8.3 | 345.00 | 2,863.50 |
| J C Morgan | 9.0 | 475.00 | 4,275.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 01/21/11
Invoice Number 1329822
File No. 037481.000024
Page 4

GP LTD.

Patent Infringement Suit Against Willis Electric Co. For Alleged Infringement of USPN 7,581,870 - Light String System

## FOR COSTS AND EXPENSES INCURRED THROUGH 12/31/10

| Date | Description | Amount |
|---|---|---|
| 12/13/10 | Computer Research – "Bushnell, Vince - 11/24/2010 - LEXIS" | 35.72 |
| 12/13/10 | Computer Research – "Bushnell, Vince - 11/24/2010 - LEXIS" | 71.96 |
| 12/13/10 | Computer Research – "Bushnell, Vince - 11/24/2010 - LEXIS" | 9.74 |
| 12/13/10 | Computer Research – "Bushnell, Vince - 11/24/2010 - LEXIS" | 3.77 |
| | Total: | 121.19 |

Total Fees & Costs: $21,481.69

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

GP LTD.
Attn: Mr. Lewis Cheng
8/F, Enterprise Square 3
39 Wang Chiu Road
Kowloon Bay
HONG KONG

| | |
|---|---:|
| Invoice Date | 02/22/11 |
| Submitted by | R A Schneider |
| Direct Dial | 404-885-2773 |
| Invoice No. | 1335603 |
| File No. | 037481 |

**RE: Current Invoice for Period Ending 01/31/11**

| Client.Matter | Matter Name | Fees | Disbs | Total |
|---|---|---:|---:|---:|
| 037481.000024 | Patent Infringement Suit Against Willis Electric Co. For Alleged Infringement of USPN 7,581,870 - Light String System | 16,672.50 | 698.46 | 17,370.96 |

## REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 02/22/11
Invoice Number 1335603
File No. 037481.000024
Page 2

GP LTD.

Patent Infringement Suit Against Willis Electric Co. For Alleged Infringement of USPN 7,581,870 - Light String System

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 01/04/11 | JCM | Telephone call to Corky Klett conveying settlement demand | 0.2 | 105.00 |
| 01/12/11 | JCM | Telephone call from Corky Klett with settlement offer; e-mail to Eric Steinmeyer regarding same | 0.3 | 157.50 |
| 01/14/11 | JCM | E-mail from and e-mail to Eric Steinmeyer regarding settlement parameters and strategy; telephone call from Corky Klett regarding status; review Willis' Opposition to Motion for Contempt | 0.9 | 472.50 |
| 01/18/11 | VB | Preparation of damages analysis for Reply Brief | 1.1 | 489.50 |
| 01/18/11 | JCM | Review Emily Chen Declaration; legal research regarding infringement of products FOB China; analyze Willis' Brief Opposing Motion to Compel for arguments in Reply; conferences with Vince Bushnell and Rob Madayag regarding same | 4.5 | 2,362.50 |
| 01/19/11 | VB | Preparation of damages analysis for Reply Brief | 2.6 | 1,157.00 |
| 01/20/11 | VB | Preparation of damages analysis for Reply Brief | 3.4 | 1,513.00 |
| 01/21/11 | VB | Preparation of damages analysis for Reply Brief | 0.6 | 267.00 |
| 01/21/11 | JCM | Conference with Vince Bushnell regarding damages/sanctions portion of Reply Brief in Support of Motion to Compel | 0.5 | 262.50 |
| 01/24/11 | JCM | Continue to draft Reply Brief in Support of Motion to Compel | 6.5 | 3,412.50 |
| 01/24/11 | PRP | Research requirements for declarations under 28 USC 1746 when the declarant is outside of the United States | 1.9 | 513.00 |
| 01/25/11 | PRP | Report research findings to Jeff Morgan; Research dockets of relevant cases for briefs including arguments regarding exclusion of the "under the laws of the United States" language | 0.7 | 189.00 |
| 01/26/11 | JCM | Additional legal research regarding location of sale "F.O.B. China"; outline Reply Brief regarding same | 2.5 | 1,312.50 |
| 01/27/11 | VB | Research regarding UCC definition of sale | 0.5 | 222.50 |
| 01/27/11 | JCM | Continue legal research regarding time and location of Willis's sales "F.O.B. China"; e-mails from and e-mails to Corky Klett regarding Willis request for extension of briefing schedule to explore settlement | 2.5 | 1,312.50 |
| 01/28/11 | JCM | Review and revise Willis' Consent Motion for Extension of Contempt Briefing Schedule | 0.3 | 157.50 |
| 01/31/11 | VB | Research regarding definition of "sale" under Illinois UCC | 0.5 | 222.50 |

IN ACCOUNT WITH

Invoice Date 02/22/11
Invoice Number 1335603
File No. 037481.000024
Page 3

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

GP LTD.

Patent Infringement Suit Against Willis Electric Co. For Alleged Infringement of USPN 7,581,870 - Light String System

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/11

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 01/31/11 | RAM | Redraft and revise declaration for internal review; take additional pictures of the side of the packaging for each tree at issue; research case law regarding significance of "FOB" to place of transaction | 5.1 | 1,861.50 |
| 01/31/11 | JCM | Additional research regarding location of sale "F.O.B. China" | 1.3 | 682.50 |
| | | Totals | 35.9 | 16,672.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 01/31/11

| Name | Hours | Rate | Amount |
|---|---|---|---|
| V Bushnell | 8.7 | 445.00 | 3,871.50 |
| R A Madayag | 5.1 | 365.00 | 1,861.50 |
| J C Morgan | 19.5 | 525.00 | 10,237.50 |
| P R Patel | 2.6 | 270.00 | 702.00 |

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

GP LTD.

Patent Infringement Suit Against Willis Electric Co. For Alleged Infringement of USPN 7,581,870 - Light String System

**FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/11**

| Date | Description | Amount |
|---|---|---:|
| 01/13/11 | Computer Research – "Bushnell, Vince - 12/02/2010 - LEXIS" | 112.43 |
| 01/13/11 | Computer Research – "Bushnell, Vince - 12/02/2010 - LEXIS" | 144.80 |
| 01/13/11 | Computer Research – "Bushnell, Vince - 12/02/2010 - LEXIS" | 7.50 |
| 01/13/11 | Computer Research – "Bushnell, Vince - 12/02/2010 - LEXIS" | 4.35 |
| 01/13/11 | Computer Research – "Bushnell, Vince - 12/03/2010 - LEXIS" | 3.75 |
| 01/13/11 | Computer Research – "Bushnell, Vince - 12/03/2010 - LEXIS" | 11.24 |
| 01/13/11 | Computer Research – "Bushnell, Vince - 12/03/2010 - LEXIS" | 2.17 |
| 01/13/11 | Computer Research – "Bushnell, Vince - 12/07/2010 - LEXIS" | 56.21 |
| 01/13/11 | Computer Research – "Bushnell, Vince - 12/07/2010 - LEXIS" | 42.27 |
| 01/13/11 | Computer Research – "Bushnell, Vince - 12/07/2010 - LEXIS" | 11.24 |
| 01/13/11 | Computer Research – "Bushnell, Vince - 12/07/2010 - LEXIS" | 6.52 |
| 01/13/11 | Computer Research – "Bushnell, Vince - 12/10/2010 - LEXIS" | 26.23 |
| 01/13/11 | Computer Research – "Bushnell, Vince - 12/10/2010 - LEXIS" | 211.36 |
| 01/13/11 | Computer Research – "Bushnell, Vince - 12/10/2010 - LEXIS" | 48.72 |
| 01/13/11 | Computer Research – "Bushnell, Vince - 12/10/2010 - LEXIS" | 2.17 |
| 01/13/11 | Computer Research – "Morgan, Jeff - 12/06/2010 - LEXIS" | 7.50 |

Total: 698.46

Total Fees & Costs: $17,370.96

# TROUTMAN SANDERS LLP

| Payment Remittance Address | ATTORNEYS AT LAW | Office Address |
|---|---|---|
| Troutman Sanders LLP | A LIMITED LIABILITY PARTNERSHIP | 600 Peachtree Street, NE |
| P.O. Box 933652 | FEDERAL ID No. 58-0946915 | Suite 5200 |
| Atlanta, Georgia 31193-3652 | | Atlanta, GA 30308-2216 |

BILLING INQUIRIES:
404-885-2508

GP LTD.  
Attn: Mr. Lewis Cheng  
8/F, Enterprise Square 3  
39 Wang Chiu Road  
Kowloon Bay  
HONG KONG

| | |
|---|---|
| Invoice Date | 03/21/11 |
| Submitted by | R A Schneider |
| Direct Dial | 404-885-2773 |
| Invoice No. | 1341662 |
| File No. | 037481 |

**RE: Current Invoice for Period Ending 02/28/11**

REDACTED

| | | | | |
|---|---|---|---|---|
| 037481.000024 | Patent Infringement Suit Against Willis Electric Co. For Alleged Infringement of USPN 7,581,870 - Light String System | 26,631.00 | 275.76 | 26,906.76 |

REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 03/21/11
Invoice Number 1341662
File No. 037481.000024
Page 3

GP LTD.

Patent Infringement Suit Against Willis Electric Co. For Alleged Infringement of USPN 7,581,870 - Light String System

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11**

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 01/18/11 | RAS | Discuss Motion to Compel with Jeff Morgan; review damages theories | 1.1 | 594.00 |
| 01/27/11 | RAS | Review draft Declaration and Contempt Pleadings | 1.3 | 702.00 |
| 02/01/11 | JCM | REDACTED | | |
| 02/09/11 | JCM | Draft reply brief in support of motion for contempt; review and revise Madayag Declaration | 1.2 | 630.00 |
| 02/11/11 | RAM | Prepare declaration; take pictures; research electrical plug standards | 6.1 | 2,226.50 |
| 02/11/11 | JCM | Telephone call from Corky Klett conveying new settlement offer; e-mail to Eric Steinmeyer and Lewis Cheng regarding same | 0.3 | 157.50 |
| 02/13/11 | JCM | Continue to draft reply brief in support of motion for contempt | 6.1 | 3,202.50 |
| 02/14/11 | VB | Preparation of reply brief | 0.6 | 267.00 |
| 02/14/11 | JCM | Continue to draft reply brief in support of motion to compel | 6.1 | 3,202.50 |
| 02/14/11 | RAS | Review Reply Brief in Support of Motion to Compel; research same; discuss drafting strategies with Jeff Morgan | 4.2 | 2,268.00 |
| 02/15/11 | JCM | Continue to draft, finalize and file reply brief in support of motion for contempt, Madayag declaration, and exhibits | 7.0 | 3,675.00 |
| 02/18/11 | JCM | E-mails from and e-mails to opposing counsel regarding their request to consent to additional filings | 0.3 | 157.50 |
| 02/21/11 | JCM | Draft opposition and cross motion to strike the supplemental declaration of Emily Chen | ~~1.3~~ | ~~682.50~~ |
| 02/22/11 | JCM | Review Willis motion to file sur-reply brief and proposed sur-reply | 0.5 | 262.50 |
| 02/23/11 | JCM | Legal research for brief in opposition to Willis' motion to file surreply | 2.0 | 1,050.00 |
| 02/24/11 | VB | Analysis of proposed surreply regarding post-judgment discovery arguments | 0.9 | 400.50 |
| 02/24/11 | JCM | Draft opposition to motion for leave to file surreply | 0.8 | 420.00 |
| 02/25/11 | VB | Preparation of sur-reply regarding post-judgment discovery | 2.2 | 979.00 |
| 02/26/11 | JCM | Research law for opposition to Willis' motion to file surreply; continue to draft same | 3.3 | 1,732.50 |

IN ACCOUNT WITH

Invoice Date 03/21/11
Invoice Number 1341662
File No. 037481.000024
Page 4

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

GP LTD.

Patent Infringement Suit Against Willis Electric Co. For Alleged Infringement of USPN 7,581,870 - Light String System

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/11

| Date | Init | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|
| 02/27/11 | JCM | Draft sur-surreply to Willis' surreply brief | 4.5 | 2,362.50 |
| 02/27/11 | RAS | Review Sur-surreply to Willis' Surreply Brief; discuss with Jeff Morgan | 2.1 | 1,134.00 |
| | | Totals | 52.9 | 26,631.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 02/28/11

| Name | Hours | Rate | Amount |
|---|---|---|---|
| V Bushnell | 3.7 | 445.00 | 1,646.50 |
| R A Madayag | 6.1 | 365.00 | 2,226.50 |
| J C Morgan | 34.4 | 525.00 | 18,060.00 |
| R A Schneider | 8.7 | 540.00 | 4,698.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 03/21/11
Invoice Number 1341662
File No. 037481.000024
Page 5

GP LTD.

Patent Infringement Suit Against Willis Electric Co. For Alleged Infringement of USPN 7,581,870 - Light String System

**FOR COSTS AND EXPENSES INCURRED THROUGH 02/28/11**

| Date | Description | Amount |
|---|---|---|
| 02/10/11 | Computer Research – "Bushnell, Vince - 01/20/2011 - LEXIS" | 7.65 |
| 02/10/11 | Computer Research – "Bushnell, Vince - 01/20/2011 - LEXIS" | 57.36 |
| 02/10/11 | Computer Research – "Bushnell, Vince - 01/20/2011 - LEXIS" | 2.22 |
| 02/10/11 | Computer Research – "Bushnell, Vince - 01/27/2011 - LEXIS" | 7.65 |
| 02/10/11 | Computer Research – "Bushnell, Vince - 01/27/2011 - LEXIS" | 3.82 |
| 02/10/11 | Computer Research – "Bushnell, Vince - 01/27/2011 - LEXIS" | 3.82 |
| 02/10/11 | Computer Research – "Bushnell, Vince - 01/31/2011 - LEXIS" | 7.65 |
| 02/10/11 | Computer Research – "Bushnell, Vince - 01/31/2011 - LEXIS" | 3.82 |
| 02/10/11 | Computer Research – "Bushnell, Vince - 01/31/2011 - LEXIS" | 3.82 |
| 02/10/11 | Computer Research – "Morgan, Jeff - 01/18/2011 - LEXIS" | 45.89 |
| 02/10/11 | Computer Research – "Morgan, Jeff - 01/18/2011 - LEXIS" | 44.05 |
| 02/10/11 | Computer Research – "Morgan, Jeff - 01/18/2011 - LEXIS" | 22.94 |
| 02/10/11 | Computer Research – "Morgan, Jeff - 01/18/2011 - LEXIS" | 6.65 |
| 02/10/11 | Computer Research – "Patel, Puja - 01/25/2011 - LEXIS" | 3.82 |
| 02/10/11 | Computer Research – "Patel, Puja - 01/25/2011 - LEXIS" | 43.13 |
| 02/10/11 | Computer Research – "Patel, Puja - 01/25/2011 - LEXIS" | 11.47 |
| | Total: | 275.76 |

Total Fees & Costs: $26,906.76

| ID | Date | Period | Tkpr | TKPR Name | Client | Matter | Status | Base Amt | Tobill Amt | Bill Date | Billed Amt | Status | Bs Hrs | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21449467 | 3/1/2011 | 201103 | 8489 | Morgan, Jeffrey C. | 37481 | 24 | | $3,097.50 | $3,097.50 | 4/4/2011 | $0.00 | P | 5.9 | Revise, file and serve opposition to Willis' motion for leave to file surreply and GP's proposed sur-surreply |
| 21470332 | 3/9/2011 | 201103 | 8489 | Morgan, Jeffrey C. | 37481 | 24 | | $157.50 | $157.50 | 4/4/2011 | $0.00 | P | 0.3 | Telephone call from Corky Klett conveying new settlement offer; e-mail to and e-mail from Eric Steinmeyer regarding same |
| 21525799 | 3/24/2011 | 201103 | 8489 | Morgan, Jeffrey C. | 37481 | 24 | | $105.00 | $105.00 | 4/4/2011 | $0.00 | P | 0.2 | Review file and provide status update to Eric Steinmeyer |
| 21557397 | 4/1/2011 | 201104 | 8489 | Morgan, Jeffrey C. | 37481 | 24 | | $262.50 | $262.50 | | $0.00 | W | 0.5 | Review court's order granting in part motion for contempt; e-mail to client regarding same |
| 21559874 | 4/1/2011 | 201104 | 3176 | Bushnell, Vincent | 37481 | 24 | | $89.00 | $89.00 | | $0.00 | W | 0.2 | Analysis of contempt order |
| 21563123 | 3/1/2011 | 201104 | 2026 | Schneider, Ryan A. | 37481 | 24 | | $432.00 | $432.00 | | $0.00 | W | 0.8 | Review Opposition Motion, and discuss with jeff Morgan |
| 21572183 | 4/8/2011 | 201104 | 3176 | Bushnell, Vincent | 37481 | 24 | | $267.00 | $267.00 | | $0.00 | W | 0.6 | Preparation of attorneys' fees affidavit |
| 21572191 | 4/11/2011 | 201104 | 3176 | Bushnell, Vincent | 37481 | 24 | | $400.50 | $400.50 | | $0.00 | W | 0.9 | Preparation of attorneys' fees affidavit |
| 21584615 | 4/14/2011 | 201104 | 3176 | Bushnell, Vincent | 37481 | 24 | | $489.50 | $489.50 | | $0.00 | W | 1.1 | Preparation of attorneys' fees affidavit and redacted invoices |
| 21584619 | 4/15/2011 | 201104 | 3176 | Bushnell, Vincent | 37481 | 24 | | $222.50 | $222.50 | | $0.00 | W | 0.5 | Preparation of attorney's fees affidavit of redacted invoices |

$5,523.00

| Disb ID | Date | Tkpr | TKPR Name | Client | Matter | Status | Cost Code | Base Amt | Tobill Amt | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|
| 7538339 | 3/11/2011 | 3176 | Bushnell, V | 37481 | 24 | P | 1 | $3.28 | $3.28 | Bushnell, Vince - 02/24/2011 - LEXIS |
| 7538340 | 3/11/2011 | 3176 | Bushnell, V | 37481 | 24 | P | 1 | $3.28 | $3.28 | Bushnell, Vince - 02/24/2011 - LEXIS |
| 7538341 | 3/11/2011 | 3176 | Bushnell, V | 37481 | 24 | P | 1 | $16.38 | $16.38 | Bushnell, Vince - 02/25/2011 - LEXIS |
| 7538342 | 3/11/2011 | 3176 | Bushnell, V | 37481 | 24 | P | 1 | $16.38 | $16.38 | Bushnell, Vince - 02/25/2011 - LEXIS |
| 7538343 | 3/11/2011 | 8489 | Morgan, J | 37481 | 24 | P | 1 | $3.28 | $3.28 | Morgan, Jeff - 02/14/2011 - LEXIS |
| 7538344 | 3/11/2011 | 8489 | Morgan, J | 37481 | 24 | P | 1 | $1.90 | $1.90 | Morgan, Jeff - 02/14/2011 - LEXIS |
| 7538345 | 3/11/2011 | 8489 | Morgan, J | 37481 | 24 | P | 1 | $19.91 | $19.91 | Morgan, Jeff - 02/15/2011 - LEXIS |
| 7538346 | 3/11/2011 | 8489 | Morgan, J | 37481 | 24 | P | 1 | $14.67 | $14.67 | Morgan, Jeff - 02/21/2011 - LEXIS |
| 7538347 | 3/11/2011 | 8489 | Morgan, J | 37481 | 24 | P | 1 | $39.30 | $39.30 | Morgan, Jeff - 02/23/2011 - LEXIS |
| 7538348 | 3/11/2011 | 8489 | Morgan, J | 37481 | 24 | P | 1 | $71.26 | $71.26 | Morgan, Jeff - 02/23/2011 - LEXIS |
| 7538349 | 3/11/2011 | 8489 | Morgan, J | 37481 | 24 | P | 1 | $26.20 | $26.20 | Morgan, Jeff - 02/23/2011 - LEXIS |
| 7538350 | 3/11/2011 | 8489 | Morgan, J | 37481 | 24 | P | 1 | $1.90 | $1.90 | Morgan, Jeff - 02/27/2011 - LEXIS |
| 7538351 | 3/11/2011 | 8489 | Morgan, J | 37481 | 24 | P | 1 | $179.21 | $179.21 | Morgan, Jeff - 02/27/2011 - LEXIS |
| 7538352 | 3/11/2011 | 8489 | Morgan, J | 37481 | 24 | P | 1 | $9.83 | $9.83 | Morgan, Jeff - 02/27/2011 - LEXIS |
| 7538353 | 3/11/2011 | 8489 | Morgan, J | 37481 | 24 | P | 1 | $3.80 | $3.80 | Morgan, Jeff - 02/27/2011 - LEXIS |
| 7538679 | 4/6/2011 | 8694 | Weiss, An | 37481 | 24 | W | 39 | $16.56 | $16.56 | VENDOR: Pacer Service Center; INVOICE#: TS0042Q12011; DATE: 4/6/2011 - Professional service |
| 7550584 | 4/12/2011 | 8489 | Morgan, J | 37481 | 24 | W | 1 | $91.32 | $91.32 | Morgan, Jeff - 03/01/2011 - LEXIS |
| 7550585 | 4/12/2011 | 8489 | Morgan, J | 37481 | 24 | W | 1 | $55.55 | $55.55 | Morgan, Jeff - 03/01/2011 - LEXIS |
| 7550586 | 4/12/2011 | 8489 | Morgan, J | 37481 | 24 | W | 1 | $6.44 | $6.44 | Morgan, Jeff - 03/01/2011 - LEXIS |

$580.45